IN THE UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EL DORADO CHEMICAL COMPANY,
An Oklahoma Corporation,                                                              **PLAINTIFF**

VS.                              CASE NO. 06-1028

LIBERTY INSURANCE UNDERWRITERS,
INC., a Massachusetts Corporation; and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGE, PA,
A Pennsylvania Corporation,                                                           **DEFENDANTS**

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On Motion of the Plaintiff, El Dorado Chemical Company, to voluntarily dismiss this matter without prejudice (Doc. No. 55), and the Defendants stating that they do not object to the Motion, the Court hereby approves the Plaintiff's Motion for Voluntary Dismissal Without Prejudice pursuant to F.R.C.P Rule 41(a)(2).

  IT IS SO ORDERED this 17th day of May, 2007.


                                                                /s/Harry F. Barnes
                                                           Hon. Harry F. Barnes
                                                           United States District Judge